UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | M.B.D.  # 10-10279 |
| **KAREN M. TUCKER,** | |
| **Defendant.** | |

**ASSENTED-TO MOTION TO EXTEND TIME TO INDICT TO SEPTEMBER 25, 2010**

For the grounds specified below, the United States moves the Court to extend the time to indict in *United States v. Karen M. Tucker*, Crim. No. 10-MJ-964-MBB, to September 25, 2010. Defendant's counsel, Jeffrey Denner, has told the United States that he assents to the motion and the relief requested.

After Defendant Karen M. Tucker was charged by complaint in the above-captioned case, she was arrested on July 27, 2010 in the Western District of Pennsylvania. At her initial appearance in that district, while represented by appointed counsel, Defendant Tucker requested that any hearings to require production of the warrant or to contest identity, probable cause, or detention be held in the District of Massachusetts. See Waiver of Rule 5 & 5.1 Hearings*, United States v. Karen M. Tucker*, Case No. 10-mj-00387-RCM (W.D.N.Y. July 27, 2010), which is attached to this motion as an exhibit. Those hearings have not been held yet because Defendant Tucker has not arrived in this district. By separate motion filed with Magistrate Judge Bowler, the parties have asked that the probable cause, detention, and other magistrate judge court hearings be continued to September 8, 2010.

The United States asks this Court to extend the 30-day period for indictment set out in 18 U.S.C. § 3161(b), which is due to expire on August 26, 2010, for another 30 days, until September

25, 2010. Defendant Tucker is not in this district; she will need additional time to meet with her newly-hired lawyer; the Assistant United States Attorney assigned to the matter will be out of the district between August 20 and August 29; defense counsel has some travel plans over the same period; and the parties need additional time to discuss whether this matter can be resolved pre-indictment. For these reasons, the United States therefore asks the Court to find, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by this continuance outweigh the defendant's and public's interest in a speedy trial. Again, defense counsel has told the United States that he assents.

                        Respectfully submitted,

                        CARMEN M. ORTIZ
                        United States Attorney

By:    */s/ Scott L. Garland*
        Scott L. Garland
        Assistant U.S. Attorney

Dated: August 18, 2010

## CERTIFICATE OF SERVICE

I hereby certify that these documents, which have been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ Scott L. Garland*
                        Scott L. Garland
                        Assistant United States Attorney

Date: August 18, 2010