UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | M.B.D. # 10-10279 |
| KAREN M. TUCKER,<br>    Defendant. | |

### ORDER EXTENDING TIME TO INDICT TO SEPTEMBER 25, 2010

The Court has considered the government's *Assented-to Motion to Extend Time to Indict to September 25, 2010*, which seeks to continue the time to indict the defendant currently charged by complaint in *United States v. Karen M. Tucker*, Crim. No. 10-MJ-964-MBB. Based on the representations in that motion, the Court finds good cause to grant the motion, and specifically that the ends of justice served by continuing the period to indict outweigh the defendant's and public's interest in a speedy trial because Defendant hast not yet reached the District; she will need additional time to meet with her newly-hired lawyer; the Assistant United States Attorney assigned to the matter will be out of the District between August 20 and August 29; defense counsel has some travel plans over the same period; and the parties need additional time to discuss whether this matter can be resolved pre-indictment.

It is therefore ORDERED that the date by which the United States must indict Defendant is continued from August 26, 2010 to September 25, 2010.

_____
GEORGE A. O'TOOLE
UNITED STATES DISTRICT JUDGE